# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00502-CR

**Frank Alton Martinez, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 51ST DISTRICT COURT OF TOM GREEN COUNTY
### NO. A-22-0858-SA, THE HONORABLE CARMEN DUSEK, JUDGE PRESIDING

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant Frank Alton Martinez has appealed his conviction for the offense of assault of a family member. Martinez's appointed appellate counsel has filed a motion to withdraw, abate this appeal, and stay the filing of appellant's brief until such time as new appellate counsel has been appointed. In her motion, counsel advises this Court that she can no longer represent Martinez because she has recently been offered and accepted a staff attorney position with the Thirteenth Court of Appeals.

The trial court has the responsibility for appointing counsel to represent indigent defendants on appeal as well as the authority to relieve or replace appointed counsel upon a finding of good cause. *See* Tex. Code Crim. Proc. Ann. arts. 1.051(d), 26.04(j)(2). Thus, when counsel is appointed by the trial court to represent an indigent defendant on appeal, it is the trial court's responsibility to relieve or replace counsel. *See Enriquez v. State*, 999 S.W.2d 906, 907

(Tex. App.—Waco 1999, no pet.); *Williamson v. State*, No. 13–12–00672–CR, 2013 WL 363677, at *1 (Tex. App.—Austin Jan. 25, 2013, no pet.) (mem. op., not designated for publication).

We therefore dismiss counsel's motion to withdraw, abate the appeal, and remand the cause to the district court. Upon remand, counsel is instructed to re-file her motion to withdraw with the district court. If the district court determines that good cause exists to relieve counsel of her duties and replace her with substitute counsel, the district court shall permit counsel to withdraw and promptly appoint substitute counsel for the appeal of this cause. A copy of the court's order appointing substitute counsel and the court's order granting counsel's withdrawal shall be forwarded to this Court no later than March 3, 2025. Substitute counsel shall file appellant's brief within thirty days of appointment.[1]

Before Justices Triana, Theofanis, and Crump

Abated and Remanded

Filed: February 20, 2025

Do Not Publish

---

[1] Counsel has also filed a motion for extension of time to file appellant's brief. We dismiss that motion as moot.